B2500A (Form 2500A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re: Andy Baron Elliott and Sandra Leah Elliott
Debtor

Bankruptcy Case No.: **21–30420**
Chapter **7**

Mary R. Jensen
Acting United States Trustee
Plaintiff(s)

Adv. Proc. No.: **25–07002**

v.

Andy Baron Elliott
Sandra Leah Elliott
Defendant(s)

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:

Kay A. Melquist
Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102–4932

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Sarah J. Wencil (Attorney for Plaintiff)
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATE ISSUED: January 30, 2025

Kay A. Melquist
Clerk, U.S. Bankruptcy Court

BY: /s/ Shantel Jacobson
Deputy Clerk